IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MELQUIADES GARCIA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CAUSE NO. B-03-101 |
| | § | |
| DWAYNE TYNER and<br>VALLEY TRUCKING COMPANY, INC.,<br>Defendants. | §<br>§<br>§ | |

### DEFENDANTS' LIST OF FINANCIALLY INTERESTED
### INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DWAYNE TYNER and VALLEY TRUCKING COMPANY, INC., herein after referred to as Defendants, and files this List of Interested Individuals or Entities for the above referenced cause and would respectfully show unto this honorable Court as follows:

1. **PLAINTIFF:**
   Mr. Melquiades Garcia, Individual
   c/o Richard S. Hoffman
   ATTORNEY AT LAW
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520
   Telephone:   (956) 544-2345
   Facsimile:    (956) 982-1909

2. **DEFENDANT:**
   Mr. Dwayne Tyner, Individual Citizen of Texas and Resident of Cameron County
   297 Creekbend
   Brownsville, Texas 78521

3. **DEFENDANT:**
   Valley Trucking Company, Inc., a Texas Corporation
   4550 Coffee Port Road
   Brownsville, Texas 78521

4. **COUNSEL FOR PLAINTIFF, MELQUIADES GARCIA:**
   Mr. Richard S. Hoffman
   ATTORNEY AT LAW
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520
   Telephone:   (956) 544-2345
   Facsimile:   (956) 982-1909

5. **COUNSEL FOR DEFENDANT, DWAYNE TYNER:**
   Mr. C. Frank Wood
   Mr. Dennis Sanchez
   SANCHEZ, WHITTINGTON, JANIS
      & ZABARTE, L.L.P.
   100 North Expressway 83
   Brownsville, Texas 78521-2284
   Telephone:   (956) 546-3731
   Facsimile:   (956) 546-3765

6. **COUNSEL FOR DEFENDANT, VALLEY TRUCKING COMPANY, INC.:**
   Mr. C. Frank Wood
   Mr. Dennis Sanchez
   SANCHEZ, WHITTINGTON, JANIS
      & ZABARTE, L.L.P.
   100 North Expressway 83
   Brownsville, Texas 78521-2284
   Telephone:   (956) 546-3731
   Facsimile:   (956) 546-3765

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3765 -- Telecopier

By: _____
C. Frank Wood
State Bar No. 24028136
Federal ID No. 29870
Dennis M. Sanchez
State Bar No. 17569600
Federal ID No. 1594

ATTORNEYS FOR DEFENDANTS
VALLEY TRUCKING COMPANY, INC.
and DWAYNE TYNER

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **List of Financially Interested Individuals and Entities** has been served upon counsel listed below ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery, on this 4th day of June, 2003:

Mr. Richard S. Hoffman
ATTORNEY AT LAW
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Fax No.: (956) 982-1909

_____
C. Frank Wood