IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| MELQUIADES GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-03-101 |
| | § | |
| DWYANE TYNER and | § | |
| VALLEY TRUCKING COMPANY, INC. | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

## PLAINTIFF'S LIST OF FINANCIALLY INTERESTED INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW, MELQUIADES GARCIA, herein after referred to as Plaintiff, and files this list of Interested Individuals or Entities for the above referenced cause and would respectfully show unto this honorable Court as follows:

1. PLAINTIFF
   Mr. Melquiades Garcia, Individual
   C/o Richard S. Hoffman
   ATTORNEY AT LAW
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520
   Telephone: (956) 544-2345
   Facsimile: (956) 982-1909

2. DEFENDANT
   Mr. Dwayne Tyner, Individual Citizen of Texas and Resident of Cameron County
   297 Creekbend
   Brownsville, Texas 78521

3. DEFENDANT
   Valley Trucking Company, Inc., a Texas Corporation
   4550 Coffeeport Road
   Brownsville, Texas 78521

4. COUNSEL FOR PLAINTIFF, MELQUIADES GARCIA:
   Mr. Richard S. Hoffman
   ATTORNEY AT LAW
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520

   Telephone: (956) 544-1245
   Facsimile: (956) 982-1909

5. COUNSEL FOR DEFENDANT, DWAYNE TYNER:
 Mr. C. Frank Wood
 Mr. Dennis Sanchez
 SANCHEZ, WHITTINGTON, JANIS
  & ZABARTE, L.L.P.
 100 North Expressway 83
 Brownsville, Texas 78521-2284
 Telephone: 956 546-3731
 Facsimile: 956 546-3765

6. COUNSEL FOR DEFENDANT, VALLEY TRUCKING
 COMPANY, INC.:
 Mr. C. Frank Wood
 Mr. Dennis Sanchez
 SANCHEZ, WHITTINGTON, JANIS
  & ZABARTE, L.L.P.
 100 North Expressway 83
 Brownsville, Texas 78521-2284
 Telephone: 956 546-3731
 Facsimile: 956 546-3765


        Respectfully Submitted,

        Richard S. Hoffman
        LAW OFFICE OF RICHARD S. HOFFMAN
        1718 Boca Chica Blvd.
        Brownsville, Texas 78520
        Phone: (956) 544-2345
        Fax: (956) 982-1909

        BY: _____
        Richard S. Hoffman
        State Bar No. 09787200
        Federal ID No. 6147
        ATTORNEY FOR PLAINTIFF
        MELQUIADES GARCIA


CERTIFICATE OF SERVICE

       I hereby certify that the foregoing List of Financially Interested Individuals and Entities has been served upon counsel listed below by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, on this ___17___ day of June, 2003.

Mr. C. Frank C. Wood
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

                                                                   _____
                                                                   Richard S. Hoffman