United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|   |   |   |
|---|---|---|
| MELQUIADES GARCIA | § | |
| Plaintiff, | § | |
| | § | |
| | § | **CIVIL ACTION B-03-101** |
| V. | § | |
| | § | |
| DWAYNE TYNER and | § | |
| VALLEY TRUCKING COMPANY, INC., | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Melquiades Garcia, by and through his attorneys, respectfully moves the Court to permit substitution of attorney-in-charge Richard S. Hoffman at the initial pre-trial conference to be held September 26, 2003, and for good cause states that Mr. Hoffman is unavoidably detained in Austin and unable to return to Brownsville in time for the conference.

Substitute counsel, Chellis Neal González, has associated with Mr. Hoffman in this matter and herewith enters her appearance in this matter. As shown in the attached declaration, Ms. González has reviewed the file in this matter, has interviewed Plaintiff, is familiar with the facts in this case, and has the authority to bind Plaintiff Garcia.

WHEREFORE, Plaintiff respectfully requests the Court note the appearance of Chellis Neal González in this matter and permit the aforementioned substitution.

Respectfully submitted,

Richard S. Hoffman
Chellis Neal González
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956) 544-2345
Fax (956) 982-1090

By: _Chellis González_
Chellis Neal González
Federal Bar No. 34251

**Certificate of Service**

I hereby certify that on September 26, 2003 a copy of the foregoing Motion for

Substitution of Lead Counsel was served via hand delivery on:

> C. Frank Wood
> Sanchez, Whittington, Janis
>   & Zabarte, L.L.P.
> 100 North Expressway 83
> Brownsville, Texas 78521
> Tel. (956) 546-3731
> Fax (956) 546-3765

Chellis Neal González

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| MELQUIADES GARCIA<br>Plaintiff, | §<br>§<br>§ |  |
| V. | §<br>§ | CIVIL ACTION B-03-101 |
| DWAYNE TYNER and<br>VALLEY TRUCKING COMPANY, INC.,<br>Defendants. | §<br>§<br>§<br>§ |  |

## DECLARATION OF CHELLIS NEAL GONZÁLEZ

1.  My name is Chellis Neal González, and I am an attorney admitted in Maryland and the District of Columbia, and the United States District Court, Southern District of Texas. My federal admission number is 34251.

2.  In Texas, I am engaged in federal practice only, maintaining office space at 1718 Boca Chica Blvd., Brownsville, TX 78520.

3.  Last week I received the file in the above-captioned matter and was asked by Mr. Hoffman to review it with the anticipation that I would enter into this case as co-counsel.

4.  I have reviewed the file in this matter and am familiar with the facts in this case.

5.  I interviewed Plaintiff Garcia yesterday, September 25, 2003 and am authorized to appear on his behalf, and have the authority to bind him in matters related to this case.

I declare under penalties of perjury that that the foregoing is true.

Dated: September 26, 2003

Chellis Neal Gonzalez

Declaration of Chellis Neal González                     1