THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

SEP 26 2003

Michael N. Milby
Clerk of Court

INITIAL PRETRIAL & SCHEDULING CONFERENCE

CIVIL ACTION NO. B-03-101    DATE & TIME 9/26/03 @ 9:20 - 9:37 am

COUNSEL:

MELQUIADES GARCIA                §    Chellis Neal Gonzalez

VS                               §

VALLEY TRUCKING COMPNAY, ET AL   §    CHARLES FRANNK WOOD

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Zepeda

Case called on the docket.

Charles Frank Wood appears for the Defendants. Plaintiff's Unopposed Motion for Substitution of Lead Counsel at Initial Pretrial Conference hearing is GRANTED without objection.

ETT is 3 days. Jury demand by the Plaintiff is granted without objection.

The following deadlines are given by the Court:

  Jury Selection is set for 3/2/04 @ 9:00 am
  Docket Call is set for 3/1/02 @ 1:30 pm
  New parties joined by 10/15/03
  Plaintiff's experts submitted by 11/30/03
  Defendants' experts submitted by 1/2/04
  Discovery completed by 2/13/04
  Dispositive motions due by 2/13/04
  Non-dispositve motions due by 2/20/04
  Joint Pretrial order due by 2/20/04

Counsel will be allowed to voir dire. Jury to be 12 members with ten or more verdict.

Court is adjourned.