IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MELQUIADES GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-101 |
| | § | |
| VALLEY TRUCKING COMPANY, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   <u>October 15, 2003</u>
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   <u>November 30, 2003</u>

4. The defendant's experts must be named with a report furnished by:   <u>January 2, 2004</u>

5. Discovery must be completed by:   <u>February 13, 2004</u>

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   <u>February 13, 2004</u>

   Non-Dispositive Motions will be filed by:   <u>February 20, 2004</u>

*********************** The Court will provide these dates. ***********************

7. Joint pretrial order is due:   <u>February 20, 2004</u>

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   <u>March 1, 2004</u>

9. Jury Selection is set for 9:00 a.m. on:*   <u>March 2, 2004</u>

*Counsel to do voir dire. Jury to be twelve(12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __26th__ day of __September__, 2003.

Andrew S. Hanen
United States District Judge

**xc: ALL COUNSEL OF RECORD**