United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MELQUIADES GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. B-03-101 |
| | § | |
| DWAYNE TYNER and | § | |
| VALLEY TRUCKING COMPANY, INC., | § | |
| Defendants. | § | |

## NOTICE TO THE COURT OF FILING OF
## INITIAL and SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, DWAYNE TYNER and VALLEY TRUCKING COMPANY, INC., Defendants herein, and files this Notice to the Court of their compliance with Federal Rule of Civil Procedure 26 in making his initial disclosures to opposing counsel on October 10, 2003 and Defendants' First Supplement to Initial Disclosures to Plaintiff on October 13, 2003.

SIGNED on the 13TH day of OCTOBER, 2003.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR DEFENDANTS
VALLEY TRUCKING COMPANY, INC.
and DWAYNE TYNER

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Defendants' Notice to the Court of Filing of Initial and Supplemental Disclosures Pursuant to Rule 26** has been served upon counsel listed below ☐ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☒ by hand delivery, on this _13th_ day of _October_, 2003:

Ms. Chellis Neal Gonzalez and
Mr. Richard S. Hoffman
ATTORNEYS AT LAW
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Fax No.: (956) 982-1909

_____
C. Frank Wood