IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 6 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| MELQUIADES GARCIA, § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. B-03-101 |
| § | |
| DWAYNE TYNER and § | |
| VALLEY TRUCKING COMPANY, INC., § | |
| Defendants. § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DWAYNE TYNER and VALLEY TRUCKING COMPANY, INC., Defendants in the above action, and declares that on the 26TH day of November, 2003, Defendants served Plaintiff, MELQUIADES GARCIA, through his attorneys of record, with the following discovery documents:

1. Valley Trucking Company, Inc.'s Answers to Plaintiff's First Set of Interrogatories (No. 1-12);

2. Valley Trucking Company, Inc.'s Responses to Plaintiff's Requests for Production;

3. Dwayne Tyner's Answers to Plaintiff's First Set of Interrogatories (No. 1-12); and

4. Dwayne Tyner's Responses to Plaintiff's Requests for Production.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
    C. Frank Wood
    State Bar No. 24028136
    Federal Bar No. 29870
    Dennis Sanchez
    State Bar No. 17569600
    Federal Bar No. 1594

ATTORNEYS FOR DEFENDANTS
VALLEY TRUCKING COMPANY, INC.
and DWAYNE TYNER

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Written Discovery** have been served upon counsel listed below ☐ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☒ by hand delivery, on this 26th day of November, 2003:

Ms. Chellis Neal Gonzalez and
Mr. Richard S. Hoffman
ATTORNEYS AT LAW
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Fax No.: (956) 982-1909

_____
C. Frank Wood