United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MELQUIADES GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. B-03-101 |
| | § | |
| DWAYNE TYNER and | § | |
| VALLEY TRUCKING COMPANY, INC., | § | |
| Defendants. | § | |

## AGREED ORDER OF REMAND

PENDING before the Court is the above-styled and numbered cause. After due consideration and review of applicable law, the Court is of the opinion that it is without jurisdiction over the subject matter of this action, in that Plaintiff's claims do no give rise to jurisdiction pursuant to the Employment Retirement Security Act of 1974 ("ERISA") as set out in 29 U.S.C.A. §1001 et seq.

It is, therefore, ORDERED that the above-styled and numbered cause is hereby REMANDED to the Cameron County Court at Law No. Three from which it came, and that a certified copy of this order shall be mailed by the Clerk of this Court, to the Clerk of the Cameron County Court at Law No. Three, on receipt of which that court may proceed with this action according to the laws and procedures of the courts of the State of Texas.

IT IS SO ORDERED.

SIGNED on the 17 day of March, 2004 at Brownsville, Texas.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

IN AGREEMENT:

_____
Mr. Richard S. Hoffman
State Bar No. 09787200
Federal Bar No. 6147
ATTORNEYS AT LAW
302 Kings Highway, Suite 112
Brownsville, Texas 78520
Telephone:  (956) 544-2345
Facsimile:  (956) 554-3248

_____
C. Frank Wood
State Bar No. 24028136
    Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
    100 North Expressway 83
    Brownsville, Texas 78521-2284